**Christy BUCHANAN, Appellant,**

v.

**The COCA–COLA COMPANY,
and Galen D. Bingham,
Respondents.**

**No. ED 100281.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 25, 2014.

Application for Transfer Denied
June 24, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied April
29, 2014.

Matthew J. Ghio, Aaron S. Welo, Saint Louis, MO, for Appellant.

Nikki Hininger Howell, R. Evan Jarrold, Kansas City, MO, for Respondents.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J. PER CURIAM.

### *ORDER*

PER CURIAM.

Christy Buchanan appeals the trial court's grant of summary judgment in favor of The Coca–Cola Company and Galen D. Bingham (collectively "Defendants") on Buchanan's petition alleging Defendants violated the Missouri Human Rights Act. No error of law appears.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision.

The judgment of the trial court is affirmed under Rule 86.14(b).